```
Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Brianna Clark
```

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-F-05-0520 OWW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| BRIANNA CLARK, | ) | Date:           March 27, 2006 |
| | ) | Time:              9:00 a.m. |
| Defendant. | ) | Court:Hon. Oliver W. Wanger |

  THE PARTIES HEREBY STIPULATE to reset the hearing date currently set in this matter March 13, 2006 to March 27, 2006 at 9:00 a.m., to allow the parties to pursue negotiations, and complete discovery and investigations in preparation for trial.

  **SO STIPULATED.**

Dated:  March 4, 2006              McGREGOR W. SCOTT
                                   United States Attorney


                                   By: /s/ Stanley Boone
                                       STANLEY BOONE
                                       Assistant U.S. Attorney

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Clark, CR F -05-0520 OWW*     1

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  March 4, 2006              /s/ Carolyn D. Phillips
                                   CAROLYN D. PHILLIPS
                                   Attorney for Defendant Brianna
Clark
```

**ORDER**

IT IS ORDERED that the hearing in the matter of <u>United States v. Brianna Clark</u>, Case No. 05-0520 be reset from March 13, 2006 at 9:00 a.m., to March 27, 2006 at 9:00 a.m.

```
Dated: March 8, 2006       /s/ OLIVER W. WANGER
                           OLIVER W. WANGER, Judge
                           United States District Court
                           Eastern District of California
```

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Clark, CR F -05-0520 OWW*   2

PDF created with pdfFactory trial version www.pdffactory.com