UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )    Case No.   1:05-cr-00520-OWW
                               )
    vs.                        )    ORDER OF DETENTION FOLLOWING
                               )    REVOCATION OF PREVIOUSLY SET
BRIANNA AKIA CLARK,            )    CONDITIONS OF RELEASE
                               )
            Defendant.         )
_____)
```

A. <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   __X__ (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

   **or**

   _____ (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

   **and**

   _____ (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   __X__ (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

   _____ (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

**Dated:   May 5, 2006**                      **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE